Decided June 5, 2007

---

STATE OF CONNECTICUT *v.* NATHAN SCHULTZ

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 709 (AC 26416), is denied.

ROGERS, C. J., and KATZ, J., did not participate in the consideration or decision of this petition.

*John R. Gulash, Jr.,* in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided June 5, 2007